Rockingham
No. 7557

ANN E. GLENNON

v.

THOMAS A. GLENNON

December 16, 1977

*Shaw & Robertson*, of Exeter (*Mr. Robert Shaw* orally), for the plaintiff.

*Shute, Engel & Frasier*, of Exeter (*Mr. Robert L. Steuk* orally), for the defendant.

MEMORANDUM OPINION

A Master (*Leonard C. Hardwick*, Esq.) granted Ann E. Glennon a divorce and entered an order for division of property and for support and maintenance. The Court (*Cann*, J.) transferred the question of the reasonableness of the award which had been approved by *Douglas*, J.

The plaintiff has a serious medical history and because of this financial burden and exposure, we hold the award for support to be unreasonable. *Murphy v. Murphy*, 116 N.H. 672, 366 A.2d 479 (1976).

We would approve an amended order wherein, in addition to the present decree, the defendant, at his expense, is to continue Blue Cross-Blue Shield and Major Medical Coverage for the plaintiff. In all other respects the decree is affirmed.

*Remanded.*

DOUGLAS, J., did not sit; BROCK, J., sat by special assignment pursuant to RSA 490:3.